IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE TEXAS A&M UNIVERSITY SYSTEM and TEXAS A&M ENGINEERING EXPERIMENT STATION, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. **3:13-CV-85-L** |
| | § | |
| DR. MINGSHENG LIU, BUILDING ENERGY SOLUTIONS & TECHNOLOGY, INC., and SHEN ZHEN BUILDING ENERGY ENVIRONMENT SOLUTIONS & TECHNOLOGY CO., LTD., | § § § § § § § | |
| Defendants. | § | |

## ORDER

The court is in receipt of a facsimile letter from Plaintiffs' counsel Ms. Sarah J. Lopano dated February 19, 2014, requesting a 21 day extension to finalize settlement documents. The court will treat the letter as a motion for extension of time. The court determines that the motion should be, and is hereby, **granted.** Accordingly, the deadline for the parties to file their settlement documents is **March 14, 2014.**

**It is so ordered** this 6th day of March, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**ORDER – Solo Page**